AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-324

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _L4_ COPIES OF AO FORM 85.

_5-24-05_
(Date forms issued)

_[signature]_
(Signature of Party or their Representative)

_Joe S. Salters_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action