✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,

                 Plaintiff,

V.

MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,

                 Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  0 5 - 3 2 4

TO: (Name and address of Defendant)

W. Leo Kiely III
c/o Molson Coors Brewing Company
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Gary F. Traynor (#2131)
    Paul A. Fioravanti, Jr. (#3808)
    Prickett, Jones & Elliott, P.A.
    1310 King Street
    Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                            5-24-05

CLERK                                                  DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/25/05 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: W. LEO KIELY III C/O MOLSON COORS BREWING COMPANY C/O CSC 2711 CENTERVILLE RD WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY MESSINA (PROCESS AGENT)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/05
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.