UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>     Defendants. | Civil Action No. 1:05-cv-00294-KAJ<br><br>CLASS ACTION |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>     Defendants. | Civil Action No. 1:05-cv-00317-KAJ<br><br>CLASS ACTION |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MOLSON COORS BREWING COMPANY, et al., )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-00324-KAJ<br><br><u>CLASS ACTION</u> |

Having considered the Motion of the Plumbers & Pipefitters National Pension Fund for Consolidation, Appointment as Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The related actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3.    The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that Plumbers & Pipefitters National Pension Fund is appointed as lead plaintiff; and

4.    Lead plaintiff's selection of lead and liaison counsel is approved. Pursuant to §21D(a)(3)(B)(v), the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed as lead counsel and Rosenthal, Monhait, Gross & Goddess, P.A. is appointed as liaison counsel for the class.

IT IS SO ORDERED.

DATED:_____

_____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Molson Coors\ORD00022602.doc

**CERTIFICATE OF SERVICE**

I, Carmella P. Keener, hereby certify that on this 12th day of July, 2005, I electronically filed [PROPOSED] ORDER GRANTING MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John D. Hendershot
Richard, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Seth D. Rigrodsky
Ralph D. Sianni
Brian D. Long
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 441
Wilmington, DE 19801

Paul A. Fioravanti, Jr.
Prickett, Jones & Elliott, P.A.
1301 King Street, P.O. Box 1328
Wilmington, DE 19899

In addition, the undersigned counsel has caused copies of the foregoing documents to be electronically sent to the following:

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The world Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Michael A. Swik
Law Offices of Michael A. Swick, PLLC
One Williams Street, Suite 900
New York, NY 10004

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd, Ste. 510
Los Angeles, CA 90210

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101

| | |
|---|---|
| Steven G Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | Eric J. Belfi<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| Norman M. Monhait<br>Carmella P. Keener<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19801 | Marc A. Topaz<br>Richard A. Maniskas<br>Tamara Skvirsky<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Stephen A. Weiss<br>Eric T. Chaffin<br>Seeger Weiss LLP<br>1 William Street<br>New York, NY 10014-2502 | |

                                            /s/ Carmella P. Keener
                              Carmella P. Keener (DSBA No. 2810)
                              ROSENTHAL, MONHAIT, GROSS
                                & GODDESS, P.A.
                              919 N. Market Street, Suite 1401
                              Wilmington, DE  19801
                              (302) 656-4433
                              ckeener@rmgglaw.com