IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>Defendants. | Case No. 1:05-cv-0294 (KAJ) |

[Caption continues on next page]

**DECLARATION OF RALPH N. SIANNI IN SUPPORT OF THE MOTION OF THE MOLSON COORS INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

**MURRAY FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**LAW OFFICES OF
MICHAEL A. SWICK PLLC**
Michael A. Swick
One William Street, Ste. 555
New York, NY 10004
Telephone: (212) 920-4310
Facsimile: (212) 584-0799

**Plaintiff's Counsel**

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Seth D. Rigrodsky (#3147)
Ralph N. Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
Telephone: (302) 984-0597
--and--
**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
Telephone: (212) 594-5300

**Proposed Lead Counsel**

| | |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated, : : : : Plaintiff, : : vs. : : : : MOLSON COORS BREWING COMPANY, : PETER H. COORS, W. LEO KIELY, III, : CHARLES M. HERINGTON, FRANKLIN W. : HOBBS, RANDALL OLIPHANT, PAMELA : PATSLEY, WAYNE SANDERS, ALBERT C. : YATES, TIMOTHY V. WOLF, PETER : SWINBURN, DAVID G. BARNES and PETER : M.R. KENDALL, : : Defendants. : | Case No. 1:05-cv-0317 (KAJ) |
| DAVID SILVER, Individually and On Behalf of : All Others Similarly Situated, : : Plaintiff, : : vs. : : MOLSON COORS BREWING COMPANY, : PETER H. COORS, W. LEO KIELY III, : CHARLES M. HERINGTON, FRANKLIN W. : HOBBS, RANDALL OLIPHANT, PAMELA : PATSLEY, WAYNE SANDERS, ALBERT C. : YATES, TIMOTHY V. WOLF, PETER : SWINBURN, DAVID G. BARNES and PETER : M.R. KENDALL, : : Defendants. : | Case No. 1:05-cv-0324 (KAJ) |

I, Ralph N. Sianni, under penalties of perjury, hereby declare:

1. I am an associate of the law firm of Milberg Weiss Bershad & Schulman LLP. I submit this declaration in support of the Motion of the Molson Coors Investors Group For Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection Of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint filed in *Drywall Acoustic Lathing and Insulation Local 675 Pension Fund v. Molson Coors Brewing Co.*, No. 05-CV-294 (D. Del. filed May 13, 2005).

3. Attached hereto as Exhibit B is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed related action on *Business Wire* on May 13, 2005.

4. Attached hereto as Exhibit C is a true and accurate copy of the PSLRA certifications of Metzler Investment GmbH ("Metzler"), for account of its funds MI-FONDS 208 and MI-FONDS 705, and Drywall Acoustic Lathing And Insulation Local 675 Pension Fund (collectively, with Metzler, the "Molson Coors Investors Group" or "Movant").

5. Attached hereto as Exhibit D is a chart analyzing the Molson Coors Investors Group's financial interest in the litigation.

6. Attached hereto as Exhibit E is the firm resume of Milberg Weiss Bershad & Schulman LLP.

Dated: July 12, 2005                /s/ Ralph N. Sianni
                                    Ralph N. Sianni
                                    (DSBA # 4151)