# EXHIBIT D

Class Period: 7/22/04-4/27/05

**Molson Coors Brewing Company (NYSE: TAP and TSX:TAP.NV)**

Hold price: $60.3429

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| **Metzler Investment GmbH** | | | | | | | | | | | |
| MI-FONDS 208 | 03/24/05 | 600 | 74.8318 | 44,899.08 | 05/19/05 | 800 | 61.4490 | 49,159.20 | (200) | (12,068.59) | (7,808.17) |
| | 03/29/05 | 600 | 77.1234 | 46,274.04 | 05/20/05 | 800 | 61.3806 | 49,104.48 | (200) | (12,068.59) | (9,238.05) |
| | 04/06/05 | 400 | 77.6378 | 31,055.12 | | | | 0.00 | 400 | 24,137.18 | (6,917.94) |
| MI-FONDS 208 Total | | 1,600 | | 122,228.24 | | 1,600 | | 98,263.68 | 0 | 0.00 | (23,964.59) |
| MI-FONDS 705 | 03/24/05 | 45,500 | 74.8318 | 3,404,846.90 | 05/19/05 | 69,500 | 61.4490 | 4,270,705.50 | (24,000) | (1,448,230.59) | (582,371.29) |
| | 03/29/05 | 44,500 | 77.1234 | 3,431,991.30 | 05/20/05 | 65,000 | 61.3806 | 3,989,739.00 | (20,500) | (1,237,030.29) | (679,282.59) |
| | 04/06/05 | 44,500 | 77.6378 | 3,454,882.10 | | | | 0.00 | 44,500 | 2,685,260.88 | (769,621.22) |
| MI-FONDS 705 Total | | 134,500 | | 10,291,720.30 | | 134,500 | | 8,260,444.50 | 0 | 0.00 | (2,031,275.80) |
| **TOTAL METZLER INVESTMENT GMBH:** | | 136,100 | | 10,413,948.54 | | 136,100 | | 8,358,708.18 | 0 | 0.00 | (2,055,240.36) |
| Drywall Acoustic Lathing and Insulation Local 675 Pension Fund | 2/9/2005 (4) | 45,252 | 75.7800 | 3,429,196.56 | | | | 0.00 | 45,252 | 2,730,638.77 | (698,557.79) |
| **TOTAL DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND:** | | 45,252 | | 3,429,196.56 | | 0 | | 0.00 | 45,252 | 2,730,638.77 | (698,557.79) |
| **TOTAL MOVANTS:** | | 181,352 | | 13,843,145.10 | | 136,100 | | 8,358,708.18 | 45,252 | 2,730,638.77 | (2,753,798.15) |

(1) Sales have been applied on a FIFO basis.
(2) Shares held through the date of this filing have been valued using the average price $60.3429 per share.
(3) Sales within 90 days from the end of the class period were valued at the average closing price from the end of the class period until the date of the sale.
(4) Drywall Acoustic Lathing and Insulation Local 675 Pension Fund exchanged 125,700 shares of Molson Inc. for 45,252 shares of Molson Coors Brewing Company ("Molson Coors") in connection with the February 9, 2005 merger of Molson Inc. and Adolph Coors Company to form Molson Coors. These shares were valued at $75.78, the closing price of Adolph Coors on February 8, 2005.