IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>Defendants. | Case No. 1:05-cv-0294 (KAJ)<br><br>CLASS ACTION |

[Caption continues on next page]

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1.
CONCERNING THE MOTION OF MOLSON COORS INVESTORS
GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| **MURRAY FRANK & SAILER LLP**<br>Eric J. Belfi<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br><br>**LAW OFFICES OF<br>MICHAEL A. SWICK PLLC**<br>Michael A. Swick<br>One William Street, Ste. 555<br>New York, NY 10004<br>Telephone: (212) 920-4310<br>Facsimile: (212) 584-0799<br><br>**Plaintiffs' Counsel** | **MILBERG WEISS BERSHAD<br>& SCHULMAN LLP**<br>Seth D. Rigrodsky (#3147)<br>Ralph N. Sianni (#4151)<br>919 N. Market Street, Suite 411<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-0597<br>--and--<br>**MILBERG WEISS BERSHAD<br>& SCHULMAN LLP**<br>Steven G. Schulman<br>Peter E. Seidman<br>Sharon M. Lee<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY 10119<br>Telephone: (212) 594-5300<br><br>**Plaintiffs' Proposed Lead Counsel** |

| | |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>      Defendants. | Case No. 1:05-cv-0317 (KAJ)<br><br>**CLASS ACTION** |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>      Defendants. | Case No. 1:05-cv-0324 (KAJ)<br><br>**CLASS ACTION** |

I, Ralph N. Sianni, do hereby certify that counsel for class members Metzler Investment GmbH for account of its funds MI-FONDS 208 and MI-FONDS 705, and Drywall Acoustic Lathing And Insulation Local 675 Pension Fund (collectively the "Molson Coors Investors Group") made reasonable effort to reach resolution of the Motion of the Molson Coors Investors Group for Consolidation, Appointment as Lead Plaintiff and Approval of their Selection of Lead Counsel (the "Motion") with opposing counsel, as follows: (i) counsel for the Molson Coors Investors Group have conferred with defendants' counsel of record regarding the Motion, and been informed that defendants have not yet determined their position regarding the Motion; and (ii) counsel for the Molson Coors Investors Group have conferred with counsel for Plumbers & Pipefitters National Pension Fund, which has filed a competing motion for appointment as lead plaintiff and lead counsel, and have been informed that they will oppose the Motion.

DATED: July 18, 2005

          Respectfully submitted,

          **MILBERG WEISS BERSHAD & SCHULMAN LLP**

          By   /s/ Ralph N. Sianni
              Seth D. Rigrodsky (#3147)
              Ralph N. Sianni (#4151)
          919 N. Market Street, Suite 411
          Wilmington, Delaware 19801
          Telephone: (302) 984-0597

          --and--

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
Telephone: (212) 594-5300

**Plaintiffs' Proposed Lead Counsel**

**MURRAY FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**LAW OFFICES OF
MICHAEL A. SWICK PLLC**
Michael A. Swick
One William Street, Ste. 555
New York, NY 10004
Telephone: (212) 920-4310
Facsimile: (212) 584-0799

**Plaintiffs' Counsel**