IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERRINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>                      Defendants. | CIVIL ACTION No. 1:05-CV-00294-KAJ |

[Caption continues on next page]

### DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION AND FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF'S COUNSEL

| | |
|---|---|
| **WILLKIE FARR & GALLAGER LLP**<br>Michael R. Young<br>Antonio Yanez, Jr.<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 | **RICHARDS, LAYTON & FINGER, P.A.**<br>Charles F. Richards, Jr. (#701)<br>Jeffrey L. Moyer (#3309)<br>John D. Hendershot (#4178)<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700 |

**Counsel for Defendants**

RLF1-2902192-1

| | |
|---|---|
| BRENT W KLOS, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v ) ) MOLSON COORS BREWING COMPANY, ) PETER H COORS, W LEO KIELY III, ) CHARLES M HERRINGTON, FRANKLIN W ) HOBBS, RANDALL OLIPHANT, PAMELA ) PATSLEY, WAYNE SANDERS, ALBERT C ) YATES, TIMOTHY V WOLF, PETER ) SWINBURN, DAVID G BARNES and PETER ) M R KENDALL, ) ) Defendants ) ) | CIVIL ACTION No 1.05-CV-00317-KAJ |
| DAVID SILVER, Individually And On Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v ) ) MOLSON COORS BREWING COMPANY, ) PETER H COORS, W LEO KIELY III, ) CHARLES M HERRINGTON, FRANKLIN W ) HOBBS, RANDALL OLIPHANT, PAMELA ) PATSLEY, WAYNE SANDERS, ALBERT C ) YATES, TIMOTHY V WOLF, PETER ) SWINBURN, DAVID G BARNES and PETER ) M R KENDALL, ) ) Defendants ) | CIVIL ACTION No 1.05-CV-00324-KAJ |

## DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION AND FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF'S COUNSEL

Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Keily III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall (collectively "Defendants") in the three above-captioned actions hereby respond to (1) the Motion of Plumbers and Pipefitters National Pension Fund for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Lead and Liaison Counsel (Dkt. No. 16), and (2) the Motion of the Molson Coors Investors Group for Consolidation, Appointment as Lead Plaintiff, and for Approval of Its Selection of Lead Counsel (Dkt. No. 19), as follows:

1.  Defendants do not object to consolidation of the three above-captioned actions.

2.  Defendants take no position as between the competing motions for appointment as lead plaintiff and for approval of selection of lead counsel.

| | |
|---|---|
| Of Counsel.<br>Michael R. Young<br>Antonio Yanez, Jr.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000<br><br>Dated: July 26, 2005 | /s/ John D. Hendershot<br>Charles F. Richards, Jr. (#701)<br>*richards@rlf.com*<br>Jeffrey L. Moyer (#3309)<br>*moyer@rlf.com*<br>John D. Hendershot (#4178)<br>*hendershot@rlf.com*<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700<br>Attorneys for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Keily III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall |

## CERTIFICATE OF SERVICE

I, John D. Hendershot, hereby certify that on July 26, 2005, I electronically filed the foregoing "Defendants' Response to Motions for Consolidation and for Appointment of Lead Plaintiffs and Lead Plaintiffs' Counsel" with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Gary F. Traynor
Paul A. Fioravanti, Jr.
Prickett, Jones & Elliott, P.A.
1310 N. King Street
Wilmington, DE 19801

Norman M. Monhait
Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess, P.A.
919 North Market Street, Suite 1401
Wilmington, DE 19801

Seth D. Rigrodsky
Ralph N. Sianni
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 411
Wilmington, DE 19801

I further certify that on July 26, 2005, the foregoing document was sent to the following non-registered participants by First Class U.S. Mail.

Eric J. Belfi
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
World Trade Center - Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Stephen A. Weiss
Eric T. Chaffin
Seeger Weiss LLP
One William Street
New York, NY 10004

Michael Swick
Law Offices of Michael A. Swick
One William Street, Suite 555
New York, NY 10004

**(List continues on next page)**

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
Schiffrin & Barroway
280 King of Prussia Road
Radnor, PA 19087

Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
Sharon M. Lee
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller
   Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101

Elise J. Cohen
Lerach Coughlin Stoia Geller
   Rudman & Robbins LLP
9601 Wilshire Boulevard, Suite 510
Los Angeles, CA 90210

/s/ John D. Hendershot
John D. Hendershot (#4178)
*hendershot@rlf.com*