IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>                  Defendants. | Case No. 1:05-cv-0294 (KAJ) |

[Caption continues on next page]

**COMPENDIUM OF UNREPORTED AUTHORITIES IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF THE MOLSON COORS INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| **MURRAY FRANK & SAILER LLP**<br>Eric J. Belfi<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br><br>**LAW OFFICES OF**<br>**MICHAEL A. SWICK PLLC**<br>Michael A. Swick<br>One William Street, Ste. 555<br>New York, NY 10004<br>Telephone: (212) 920-4310<br>Facsimile: (212) 584-0799<br><br>**Plaintiff's Counsel**<br><br>Dated: August 2, 2005 | **MILBERG WEISS BERSHAD**<br>**& SCHULMAN LLP**<br>Seth D. Rigrodsky (#3147)<br>Ralph N. Sianni (#4151)<br>919 N. Market Street, Suite 411<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-0597<br>Facsimile: (302) 984-0870<br>--and--<br>**MILBERG WEISS BERSHAD**<br> **& SCHULMAN LLP**<br>Steven G. Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>**Proposed Lead Counsel** |

| | |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>              Defendants. | Case No. 1:05-cv-0317 (KAJ) |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>              Defendants. | Case No. 1:05-cv-0324 (KAJ) |

## TABLE OF CONTENTS

**Case**     **Tab No.**

*In re American Business Financial Servs., Inc.*     A
  No. 04-0265, 2004 U.S. Dist. LEXIS 10200 (E.D. Pa. June 3, 2004)

*Casden v. HPL Technologies, Inc.,*     B
  No. C-02-3510, 2003 U.S. Dist. LEXIS 19606 (N.D. Cal. Sept. 29, 2003)

*In re DJ Orthopedics, Inc., Sec. Litig.,*     C
  No. 01-CV-2238, 2003 U.S. Dist. LEXIS 21534 (S.D. Cal. Nov. 16, 2003)

*In re Goodyear Tire & Rubber Co. Sec. Litig.,*     D
  No. 5:03CV2166, 2004 U.S. Dist. LEXIS 27043 (N.D. Ohio May 12, 2004)

*In re Lloyd's American Trust Fund Litig.,*     E
  No. 96 Civ. 1262, 1998 U.S. Dist. LEXIS 1199 (S.D.N.Y. Feb. 4, 1998)

*In re Nortel Networks Corp. Sec. Litig.,*     F
  No. 01 Civ. 1855, 2003 U.S. Dist. LEXIS 15702 (S.D.N.Y. Sept. 5, 2003)