IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>    Defendants. | Case No. 1:05-cv-0324 (KAJ) |

## NOTICE OF APPEARANCE

TO: CLERK OF THE COURT
   ALL COUNSEL ON ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that Seth D. Rigrodsky, of the law firm of Milberg Weiss Bershad & Schulman LLP, hereby enters his appearance on behalf of Movant, the **Molson Coors Investors Group**, which consists of class members Metzler Investment GmbH ("Metzler"), for account of its funds MI-FONDS 208 and MI-FONDS 705, and Drywall Acoustic Lathing And Insulation Local 675 Pension Fund, in the above-titled action.

DATED: August 8, 2005      Respectfully submitted,

                MILBERG WEISS BERSHAD
                & SCHULMAN LLP

                By /s/ Seth D. Rigrodsky (#3147)
                  Seth D. Rigrodsky (#3147)
                  Ralph N. Sianni (#4151)
                  Brian D. Long (#4347)
                919 N. Market Street, Suite 411
                Wilmington, Delaware 19801
                Telephone: (302) 984-0597

--and--

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
Telephone: (212) 594-5300

**MURRAY FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**LAW OFFICES OF
MICHAEL A. SWICK PLLC**
Michael A. Swick
One William Street, Ste. 555
New York, NY 10004
Telephone: (212) 920-4310
Facsimile: (212) 584-0799

*Proposed Lead Counsel for Plaintiffs
 and Counsel for Movant
 Molson Coors Investors Group*