## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that on this 8th day of August, 2005, I caused a true and correct copy of the following document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

**Counsel for Plaintiffs**

Carmella P. Keener
Rosenthal, Monhait, Gross &
Goddess
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: CKeener@rmgglaw.com

Paul Anthony Fioravanti, Jr.
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326
Email: pafioravanti@prickett.com

**Counsel for Defendants**

John Douglas Hendershot
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: hendershot@rlf.com

and I also caused the following document to be served by First Class U.S. Mail to all parties listed on the attached service list.

### NOTICE OF APPEARANCE
(Seth D. Rigrodsky)

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

**Molson Coors Brewing Company**

**SERVICE LIST**

<table>
<tr><td colspan="2"><strong><em>Counsel for Plaintiffs:</em></strong></td></tr>
<tr>
<td>

Eric J. Belfi
**MURRAY FRANK & SAILER LLP**
275 Madison Avenue
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

</td>
<td>

Stephen A. Weiss
Eric T. Chaffin
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

</td>
</tr>
<tr>
<td>

Charles J. Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore,
401 East Pratt Street, Suite 2525,
Baltimore, MD 21202
Tel.: (410) 986-0036

</td>
<td>

Michael Swick
**LAW OFFICES OF MICHAEL A. SWICK**
One William Street, Ste. 555
New York, NY 10004
Tel.: (212) 920-4310
Fax: (212) 584-0799

</td>
</tr>
<tr>
<td>

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

</td>
<td>

William S. Lerach
Darren J. Robbins
**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
401 B Street, Suite 1600
San Diego, CA 92101
619.231.1058 (Tel)
619.231.7423 (Fax)

</td>
</tr>
<tr>
<td>

Elise J. Cohen
**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
310.859.3100 (Tel)
310.278.2148 (Fax)

</td>
<td></td>
</tr>
</table>