# Exhibits A-C
# to Letter of September 7, 2005
# from Seth D. Rigrodsky
# to the Court

# Exhibit A

ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

September 7, 2005

**VIA HAND DELIVERY AND
ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court, District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

Re: **Drywall Acoustic Lathing and Insulation Local 675 Pension Fund v.
Molson Coors Brewing Company**, D. Del., C.A. No. 05-cv-00294-KAJ
**Brent W. Klos, v. Molson Coors Brewing Company, et al.**,
D. Del., C.A. No. 05-cv-00317-KAJ
**David Silver v. Molson Coors Brewing Company, et al.**,
D. Del., C.A. No. 05-cv-00324-KAJ

Dear Judge Jordan:

I am writing regarding the hearing scheduled for Wednesday, October 5, 2005 on the lead plaintiff/lead counsel motions presently pending before the Court.

I called Your Honor's office last Friday to seek a continuance because October 5 presents conflicts for my co-counsel who observe Rosh Hashanah, a very important Jewish holiday. At that time, Your Honor's assistant suggested that I seek the agreement of all counsel to adjourn the hearing to October 28, 2005 at 9:00 a.m., which was the Court's next available hearing time. I regret to inform the Court that counsel for "the Molson Coors Investors Group" are not willing to accede to the rescheduling. Defendants' counsel and all others who intend to participate have indicated that the October 28 date is satisfactory.

Honorable Kent A. Jordan
September 7, 2005
Page 2

My co-counsel and I will make ourselves available at whatever time Your Honor sets for the hearing. We await Your Honor's guidance as to whether the hearing will go forward on October 5, as presently scheduled, or will be rescheduled to October 28, 2005 at 9:00 a.m.

                                                   Respectfully,

                                                   /s/ Carmella P. Keener

                                                 Carmella P. Keener
                                                 (DSBA No. 2810)

CPK/jls

cc:    All Counsel on attached service list (via electronic delivery, as indicated)

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 7th day of September, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John D. Hendershot, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Seth D. Rigrodsky, Esquire
Ralph D. Sianni, Esquire
Brian D. Long, Esquire
Milberg Weiss Bershad & Schulman LLP
919 N. Market Street, Suite 441
Wilmington, DE 19801

Paul A. Fioravanti, Jr., Esquire
Prickett, Jones & Elliott, P.A.
1301 King Street, P.O. Box 1328
Wilmington, DE 19899

In addition, the undersigned counsel has caused copies of the foregoing documents to be electronically sent to the following:

Charles J. Piven, Esquire
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD 21202

Michael A. Swik, Esquire
Law Offices of Michael A. Swick, PLLC
One Williams Street, Suite 900
New York, NY 10004

Elise J. Cohen, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210

William S. Lerach, Esquire
Darren J. Robbins, Esquire
Laura M. Andracchio, Esquire
Lerach Coughlin Stoia Geller Rudman
 & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297

Steven G. Schulman, Esquire
Peter E. Seidman, Esquire
Andrei V. Rado
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Marc A. Topaz, Esquire
Richard A. Miniskas, Esquire
Tamara Skvirsky, Esquire
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Weiss, Esquire
Eric T. Chaffin, Esquire
Seeger Weiss LLP
1 William Street
New York, NY 10014-2502

Eric Belfi, Esquire
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com

# Exhibit B

# Rigrodsky, Seth

**From:** Darren Robbins [darrenr@lerachlaw.com]
**Sent:** Saturday, September 03, 2005 2:40 AM
**To:** Rigrodsky, Seth
**Cc:** Elise Cohen
**Subject:** RE: Molson Coors

you are most welcome for our cooperation

Are you sure all the firms are substantial and how do we know which lawyers will be "not impacted by the holiday?"

>>> "Rigrodsky, Seth" <SRigrodsky@milbergweiss.com> 09/02 12:47 PM >>>
While not insensitive to your request, the firms involved are very substantial and I believe lawyers not impacted by the holiday can appear and argue on October 5th. A three-four week delay of the proceedings to resolve a motion of extremely questionable merit is not in the best interests of the class. Please contact me before filing a motion with the Court and let me know which of the movants' counsel are not available on the 5th, and why no other counsel are available. Thank you for your cooperation.

```
-----Original Message-----
From: Jody Shipley [mailto:JShipley@rmgglaw.com] On Behalf Of Carmella Keener
Sent: Friday, September 02, 2005 3:27 PM
To: hendershot@rlf.com; Rigrodsky, Seth; Sianni, Ralph; Long, Brian;
pafioravanti@prickett.com; hoffman@pivenlaw.com; elisec@lerachlaw.com; wsl@lerachlaw.com;
darrenr@lerachlaw.com; Schulman, Steven; Seidman, Peter; Rado, Andrei;
ebelfi@murrayfrank.com; mtopaz@sbclasslaw.com; rmaniskas@sbclasslaw.com;
tskvirsky@sbclasslaw.com; Weiss, Stephen; echaffin@seegerweiss.com; mxs666@att.net;
kellyb@lerachlaw.com
Cc: Carmella Keener
Subject: Molson Coors
Importance: High
```

        Because of Rosh Hashanah, we were going to make a motion to continue the October 5, 2005 hearing, but I was advised by Cheryl of Judge Jordan's chambers that I should, instead, contact all counsel to seek agreement that October 28 at 9:00 a.m. is satisfactory to all parties for the hearing to be rescheduled.

        Please respond to this email as promptly as possible, as Judge Jordan's assistant would like to get this matter on the calendar.

```
CARMELLA P. KEENER, ESQUIRE
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
SUITE 1401, 919 N. MARKET STREET
WILMINGTON, DE  19801
PHONE:  (302) 656-4433
EMAIL:  ckeener@rmgglaw.com
```

========================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.
========================================================================

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# Exhibit C

**Rigrodsky, Seth**

**From:** Hendershot, John [Hendershot@RLF.com]
**Sent:** Tuesday, September 06, 2005 9:46 AM
**To:** Carmella Keener; Rigrodsky, Seth; Sianni, Ralph; Long, Brian; pafioravanti@prickett.com; hoffman@pivenlaw.com; elisec@lerachlaw.com; wsl@lerachlaw.com; darrenr@lerachlaw.com; Schulman, Steven; Seidman, Peter; Rado, Andrei; ebelfi@murrayfrank.com; mtopaz@sbclasslaw.com; rmaniskas@sbclasslaw.com; tskvirsky@sbclasslaw.com; Weiss, Stephen; echaffin@seegerweiss.com; mxs666@att.net; kellyb@lerachlaw.com
**Subject:** RE: Molson Coors

Carmella, et al.,

Defendants' counsel can attend on either October 5 or October 28.

Regards,
John Hendershot

---

Richards, Layton and Finger, P.A. is not providing any advice with respect to any federal tax issue in connection with this matter.

The information contained in this e-mail message is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

---

**From:** Jody Shipley [mailto:JShipley@rmgglaw.com] **On Behalf Of** Carmella Keener
**Sent:** Friday, September 02, 2005 3:27 PM
**To:** Hendershot, John; Seth Rigrodsky Esquire (E-mail); Ralph Sianni Esquire (E-mail); blong@milbergweiss.com; pafioravanti@prickett.com; hoffman@pivenlaw.com; elisec@lerachlaw.com; wsl@lerachlaw.com; darrenr@lerachlaw.com; sschulman@milbergweiss.com; pseidman@milbergweiss.com; arado@milbergweiss.com; ebelfi@murrayfrank.com; mtopaz@sbclasslaw.com; rmaniskas@sbclasslaw.com; tskvirsky@sbclasslaw.com; sweiss@seegerweiss.com; echaffin@seegerweiss.com; mxs666@att.net; kellyb@lerachlaw.com
**Cc:** Carmella Keener
**Subject:** Molson Coors
**Importance:** High

Because of Rosh Hashanah, we were going to make a motion to continue the October 5, 2005 hearing, but I was advised by Cheryl of Judge Jordan's chambers that I should, instead, contact all counsel to seek agreement that October 28 at 9:00 a.m. is satisfactory to all parties for the hearing to be rescheduled.

Please respond to this email as promptly as possible, as Judge Jordan's assistant would like to get this matter on the calendar.

CARMELLA P. KEENER, ESQUIRE
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.