## CERTIFICATE OF SERVICE

I, Brian D. Long, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that on this 7th day of September, 2005, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| Carmella P. Keener<br>Rosenthal, Monhait, Gross & Goddess<br>Citizens Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>Email: CKeener@rmgglaw.com | John Douglas Hendershot<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br>Email: hendershot@rlf.com |

Paul Anthony Fioravanti, Jr.
**PRICKETT, JONES & ELLIOT, P.A.**
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326
Email: pafioravanti@prickett.com

In addition, I also caused the following document to be served by regular U.S. Mail to all parties listed on the attached service list.

/s/ Brian D. Long
Brian D. Long (#4347)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: Blong@milbergweiss.com

Molson Coors Brewing Company

## SERVICE LIST

## VIA U.S. MAIL

*Counsel for Plaintiffs:*

Eric J. Belfi
MURRAY FRANK & SAILER LLP
275 Madison Avenue
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center-Baltimore,
401 East Pratt Street, Suite 2525,
Baltimore, MD 21202
Tel.: (410) 986-0036

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
SCHIFFRIN & BARROWAY
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

Elise J. Cohen
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
310.859.3100 (Tel)
310.278.2148 (Fax)

Stephen A. Weiss
Eric T. Chaffin
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Michael Swick
LAW OFFICES OF MICHAEL A. SWICK
One William Street, Ste. 555
New York, NY 10004
Tel.: (212) 920-4310
Fax: (212) 584-0799

William S. Lerach
Darren J. Robbins
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
401 B Street, Suite 1600
San Diego, CA 92101
619.231.1058 (Tel)
619.231.7423 (Fax)