IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDAL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLFE, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-294-KAJ |
| BRENT W. KLOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDAL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLFE, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-317-KAJ |

| | |
|---|---|
| DAVID SILVER, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDAL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLFE, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>              Defendants. | Civil Action No. 05-324-KAJ |
| WALTER PHILLIPS, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, and JOHN DOES 1-30,<br><br>              Defendants. | Civil Action No. 05-604-KAJ |

**ORDER**

At Wilmington, this 27th day of September, 2005,

IT IS HEREBY ORDERED that the oral argument on the pending motions to consolidate and for appointment of lead plaintiff and selection of lead and liaison counsel (Docket Item ["D.I."] 16 and 19, Civil Action No. 05-294; D.I.16 and 19, Civil

Action No. 05-317; and D.I. 16 and 19, Civil Action No. 05-324) in the above-captioned actions presently scheduled to be heard on **October 5, 2005** at 11:00 a.m., is hereby rescheduled to **October 28, 2005, beginning at 9:00 a.m.** and concluding at 12:00 pm. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE