IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05-cv-00294-KAJ<br><br><u>CLASS ACTION</u> |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05-cv-00317-KAJ<br><br><u>CLASS ACTION</u> |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05-cv-00324-KAJ<br><br><u>CLASS ACTION</u> |

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF
DARREN J. ROBBINS, LAURA M. ANDRACCHIO, AND ELISE J. COHEN**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Darren J.

Robbins, Laura M. Andracchio, and Elise J. Cohen is granted.


Date: _____

_____
United States District Judge