IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) | Civil Action No. 1:05-cv-00294-KAJ |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:05-cv-00317-KAJ |
| Plaintiff, | ) ) ) | CLASS ACTION |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:05-cv-00324-KAJ |
| Plaintiff, | ) ) ) | CLASS ACTION |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID A. ROSENFELD**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David A. Rosenfeld of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to

represent Plumbers & Pipefitters National Pension Fund in this matter.

        /s/ Carmella P. Keener
Carmella P. Keener, Movant (#2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
  Counsel for Plumbers & Pipefitters
  National Pension Fund

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>          Defendants. | Civil Action No. 1:05-cv-00294-KAJ<br><br>**CLASS ACTION** |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>          Defendants. | Civil Action No. 1:05-cv-00317-KAJ<br><br>**CLASS ACTION** |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>          Defendants. | Civil Action No. 1:05-cv-00324-KAJ<br><br>**CLASS ACTION** |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: 10/24/05

David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman
  & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
DRosenfeld@lerachlaw.com
(631) 367-7100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) | Civil Action No. 1:05-cv-00294-KAJ <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:05-cv-00317-KAJ <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:05-cv-00324-KAJ <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING MOTION FOR**
***PRO HAC VICE* ADMISSION OF DAVID A. ROSENFELD**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of David A. Rosenfeld is granted.

Date: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 26th day of October, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John D. Hendershot, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Seth D. Rigrodsky, Esquire
Ralph D. Sianni, Esquire
Brian D. Long, Esquire
Milberg Weiss Bershad & Schulman LLP
919 N. Market Street, Suite 441
Wilmington, DE 19801

Paul A. Fioravanti, Jr., Esquire
Prickett, Jones & Eliott, P.A.
1301 King Street, P.O. Box 1328
Wilmington, DE 19899

Robert Ray Davis, Esquire
Rachel Mosuly, Esquire
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801

In addition, the undersigned counsel has caused copies of the foregoing documents to be electronically sent to the following:

Charles J. Piven, Esquire
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD 21202

Michael A. Swik, Esquire
Law Offices of Michael A. Swik, PLLC
One Williams Street, Suite 900
New York, NY 10004

Elise J. Cohen, Esquire
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210

William S. Lerach, Esquire
Darren J. Robbins, Esquire
Lerach Coughlin Stoia Geller Rudman
  & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Steven G. Schulman, Esquire
Peter E. Seidman, Esquire
Andrei V. Rado
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Marc A. Topaz, Esquire
Richard A. Miniskas, Esquire
Tamara Skvirsky, Esquire
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Weiss, Esquire
Eric T. Chaffin, Esquire
Seeger Weiss LLP
1 William Street
New York, NY 10014-2502

Eric Belfi, Esquire
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
  Counsel for Plumbers & Pipefitters
  National Pension Fund