IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>　　　　　　　　　　Defendants. | Case No. 1:05-cv-0294 (KAJ) |

[Caption continues on next page]

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Peter Seidman from the law firm Milberg Weiss Bershad & Schulman LLP, One Pennsylvania Plaza, New York, NY 10119, to represent movant the Molson Coors Investors Group in this matter.

Date:　October 27, 2005

Signed:　/s/ Ralph N. Sianni
Ralph N. Sianni (DSBA No. 4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597

*Attorneys for Class members Metzler Investment GmbH ("Metzler"), for account of its funds MI-FONDS 208 and MI-FONDS 705, and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund ("Local 675") (collectively, with Metzler, the "Molson Coors Investors Group")*

|  |  |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>Defendants. | Case No. 1:05-cv-0317 (KAJ) |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>Defendants. | Case No. 1:05-cv-0324 (KAJ) |

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____       Date: Oct. 27, 2005
Peter Seidman
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on October 27, 2005, I electronically filed a Motion and Order for Admission <u>Pro Hac Vice</u> for attorney Peter Seidman with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

<u>Counsel for Plaintiffs</u>

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: CKeener@rmgglaw.com

Paul Anthony Fioravanti, Jr.
**PRICKETT, JONES & ELLIOT, P.A.**
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326
Email: pafioravanti@prickett.com

<u>Counsel for Defendants</u>

John Douglas Hendershot
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: hendershot@rlf.com

I also caused the foregoing document to be served by First Class U.S. Mail to all parties listed on the attached service list.

    /s/ Ralph N. Sianni
Ralph N. Sianni (DSBA No. 4151)
MILBERG WEISS BERSHAD
& SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: RSianni@milbergweiss.com

## SERVICE LIST

*Counsel for Plaintiffs:*

Eric J. Belfi
**MURRAY FRANK & SAILER LLP**
275 Madison Avenue
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Charles J. Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore,
401 East Pratt Street, Suite 2525,
Baltimore, MD 21202
Tel.: (410) 986-0036

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

Elise J. Cohen
**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
310.859.3100 (Tel)
310.278.2148 (Fax)

Stephen A. Weiss
Eric T. Chaffin
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Michael Swick
**LAW OFFICES OF MICHAEL A. SWICK**
One William Street, Ste. 555
New York, NY 10004
Tel.: (212) 920-4310
Fax: (212) 584-0799

William S. Lerach
Darren J. Robbins
**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
619.231.1058 (Tel)
619.231.7423 (Fax)