IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:05-cv-00294-KAJ<br><br><u>CLASS ACTION</u> |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:05-cv-00317-KAJ<br><br><u>CLASS ACTION</u> |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:05-cv-00324-KAJ<br><br><u>CLASS ACTION</u> |

### STIPULATION AND ORDER RE: CONSOLIDATION OF CASES

  The parties hereby stipulate and agree, subject to the approval of the Court, as follows:

  1.  The above-captioned actions involve the same subject matter, and the administration of justice would be best served by consolidating the actions,

  2.  The above-captioned actions shall be consolidated for all purposes.

  3.  Hereafter, papers need only be filed in Civil Action No. 1:05-cv-00294-KAJ.

4. The consolidated case caption shall be:

```
-----------------------------------------------------------------x
IN RE MOLSON COORS BREWING COMPANY  : Consolidated
SECURITIES LITIGATION               : C.A. No. 1:05-cv-00294-KAJ
-----------------------------------------------------------------x
```

5. All papers and documents previously served and filed in any of the cases consolidated herein are deemed a part of the record in the consolidated action.

/s/ Seth D. Rigrodsky
Seth D. Rigrodsky (#4347)
Ralph N. Sianni (#4151)
Brian D. Long (#4347)
Milberg Weiss Berhad & Schulman LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
srigrodsky@milbergweiss.com
rsianni@milbergweiss.com
blong@milbergweiss.com
Counsel for Molson Coors Investors Group

/s/ Carmella P. Keener
Carmella P. Keener (#2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
   Counsel for Plumbers & Pipefitters
   National Pension Fund

/s/ Elizabeth C. Tucker
Charles F. Richards, Jr. (#701)
Jeffrey L. Moyer (#3309)
Elizabeth C. Tucker (#4468)
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7679
richards@rlf.com
moyer@rlf.com
tucker@rlf.com
Counsel for Molson Coors Brewing Company
and the Individual Defendants

IT IS SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 4th day of November, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John D. Hendershot, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Seth D. Rigrodsky, Esquire
Ralph D. Sianni, Esquire
Brian D. Long, Esquire
Milberg Weiss Bershad & Schulman LLP
919 N. Market Street, Suite 441
Wilmington, DE 19801

Paul A. Fioravanti, Jr., Esquire
Prickett, Jones & Eliott, P.A.
1301 King Street, P.O. Box 1328
Wilmington, DE 19899

Robert Ray Davis, Esquire
Rachel Mosuly, Esquire
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801

In addition, the undersigned counsel has caused copies of the foregoing documents to be electronically sent to the following:

Charles J. Piven, Esquire
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD 21202

Michael A. Swik, Esquire
Law Offices of Michael A. Swick, PLLC
One Williams Street, Suite 900
New York, NY 10004

Elise J. Cohen, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210

William S. Lerach, Esquire
Darren J. Robbins, Esquire
Lerach Coughlin Stoia Geller Rudman
  & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Steven G. Schulman, Esquire
Peter E. Seidman, Esquire
Andrei V. Rado
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Marc A. Topaz, Esquire
Richard A. Miniskas, Esquire
Tamara Skvirsky, Esquire
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Weiss, Esquire
Eric T. Chaffin, Esquire
Seeger Weiss LLP
1 William Street
New York, NY 10014-2502

Eric Belfi, Esquire
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
  Counsel for Plumbers & Pipefitters
  National Pension Fund