# EXHIBIT B

to letter to
Hon. Kent A. Jordan
from Seth D. Rigrodsky
dated November 4, 2005

-- Part 2 of 4 --

ADRMOP, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:03-cv-05605-RMW

Orens v. Levi Strauss & Co. et al
Assigned to: Hon. Ronald M. Whyte
Referred to: Howard R. Lloyd
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 12/12/2003
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Richard Orens**
*Individually and On Behalf of All Others Similarly Situated*

represented by **Robert A. Jigarjian**
Green Welling LLP
235 Pine Street
15th Floor
San Francisco, CA 94104
415-477-6700
Fax: 415-477-6710
Email: CAND.USCOURTS@CLASSCOUNSEL.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Topaz**
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
*ATTORNEY TO BE NOTICED*

**Richard A. Maniskas**
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
*ATTORNEY TO BE NOTICED*

**Robert S. Green**
Green Welling LLP
595 Market Street
Suite 2750
San Francisco, CA 94105
415/477-6700
Fax: 415-477-6710

                Email: RSG@CLASSCOUNSEL.COM
*ATTORNEY TO BE NOTICED*

**Jill Manning**
Kirby McInerney & Squire LLP
7665 Redwood Blvd.
Suite 200
Novato, CA 94945
(415) 898-8160
Email: jmanning@kmslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Metzler Investment GmbH**    represented by    **Alan Schulman**
*On Behalf of Themselves and All*                  Bernstein Litowitz Berger & Grossmann
*Others Similarly Situated*                       12544 High Bluff Drive Suite 150
San Diego, CA 92130
858/793-0070
Email: alans@blbglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eitan Misulovin**
1285 Avenue of the Americas
New York, NY 10019
212-554-1400
Fax: 212-554-1444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald H. Silk**
1285 Avenue of the Americas
New York, NY 10019
212-554-1400
Fax: 212-554-1444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Gans**
Bernstein Litowitz Berger & Grossman LLP
12544 High Bluff Drive
Suite 150
San Diego, CA 92130
858-793-0070
Email: robert@blbglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
Levi Strauss & Co.                    represented by  **Austin Van Schwing**
                                                      Gibson, Dunn & Crutcher LLP
                                                      One Montgomery Street
                                                      San Francisco, CA 94104
                                                      415-393-8210
                                                      Fax: 415-374-8458
                                                      Email: aschwing@gibsondunn.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Erin Elizabeth Schneider**
                                                      Gibson, Dunn & Crutcher LLP
                                                      One Montgomery Street
                                                      31st Floor
                                                      San Francisco, CA 94104
                                                      (415) 393-8276
                                                      Email: eschneider@gibsondunn.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
Philip A. Marineau                    represented by  **Austin Van Schwing**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Erin Elizabeth Schneider**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
William B. Chiasson                   represented by  **Austin Van Schwing**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Erin Elizabeth Schneider**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
Policemen and Firemen                 represented by  **Alan Schulman**
Retirement System of the City of                      (See above for address)
Detroit                                               *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Eitan Misulovin**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gerald H. Silk**

                                (See above for address)
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

                                **Robert Gans**
                                (See above for address)
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Defendant**

Peter E. Haas, Jr.                  represented by   **Austin Van Schwing**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

                                **Erin Elizabeth Schneider**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Defendant**

Robert D. Haas                   represented by   **Austin Van Schwing**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

                                **Erin Elizabeth Schneider**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Defendant**

Angela Glover Blackwell       represented by   **Austin Van Schwing**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

                                **Erin Elizabeth Schneider**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Defendant**

Robert E. Friedman             represented by   **Austin Van Schwing**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

                                **Erin Elizabeth Schneider**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Defendant**

James C. Gaither                 represented by   **Austin Van Schwing**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | Erin Elizabeth Schneider<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Peter E. Haas, Sr. | represented by | Austin Van Schwing<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | Erin Elizabeth Schneider<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Walter J. Haas | represented by | Austin Van Schwing<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | Erin Elizabeth Schneider<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>F. Warren Hellman | represented by | Austin Van Schwing<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | Erin Elizabeth Schneider<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Patricia Salas Pineda | represented by | Austin Van Schwing<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | Erin Elizabeth Schneider<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>T. Gary Rogers | represented by | Austin Van Schwing<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | Erin Elizabeth Schneider<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |

| | | |
|---|---|---|
| G. Craig Sullivan | represented by | **Austin Van Schwing**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Erin Elizabeth Schneider**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
Tully M. Friedman                    represented by   **Austin Van Schwing**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Erin Elizabeth Schneider**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**
Peter A. Georgescu                   represented by   **Austin Van Schwing**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Erin Elizabeth Schneider**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**
**Salomon Smith Barney Inc.**

**Defendant**
**Banc of America Securities LLC**

**Defendant**
**Scotia Capital (USA) Inc**

**Defendant**
**Chase Securities, Inc.**

**Defendant**
**Banc One Capital Markets, Inc.**

**Defendant**
Gary W. Grellman                     represented by   **Austin Van Schwing**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Erin Elizabeth Schneider**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

V.

**Movant**

**Muzinich & Co.**                represented by  **Jill Manning**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Ira M. Press**
                                                  Kirby McInerney & Squire LLP
                                                  830 Third Avenue
                                                  10th Floor
                                                  New York, NY 10022
                                                  212-371-6600
                                                  Fax: 212-751-2540
                                                  Email: ipress@kmslaw.com
                                                  *ATTORNEY TO BE NOTICED*

**Movant**

**General Retirement System of the**    represented by  **Alan Schulman**
**City of Detroit, the Policemen**                       (See above for address)
**and Firemen Retirement System**                        *ATTORNEY TO BE NOTICED*
**of the City of Detroit and Metzler**
**Investment GmbH**
                                                  **Alicia M. Duff**
                                                  Bernstein Litowitz Berger & Grossmann, LLP
                                                  12544 High Bluff Drive
                                                  Suite 150
                                                  San Diego, CA 94130
                                                  (858) 793-0070
                                                  Email: aliciad@blbglaw.com
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Blair A. Nicholas**
                                                  Bernstein Litowitz Berger & Grossmann
                                                  12544 High Bluff Drive, Suite 150
                                                  San Diego, CA 92130
                                                  858/793-0070
                                                  Email: blairn@blbglaw.com
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2003 | 1 | COMPLAINT; Summons issued; Jury Demand; against William B. Chiasson, Levi Strauss & Co., Philip A. Marineau (Filing fee $ 150. receipt # 3354496). Filed by Richard Orens. (dhm, COURT STAFF) (Filed on 12/12/2003) Additional attachment(s) added on 12/17/2003 (dhm, COURT STAFF). (Entered: 12/16/2003) |
| 12/12/2003 |   | Summons Issued as to William B. Chiasson, Levi Strauss & Co., Philip |

| | | |
|---|---|---|
| | | A. Marineau. (dhm, COURT STAFF) (Filed on 12/12/2003) (Entered: 12/16/2003) |
| 12/12/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/9/2004. Case Management Conference set for 4/16/2004 10:30 AM. (Attachments: # 1 Standing Order)(dhm, COURT STAFF) (Filed on 12/12/2003) (Entered: 12/16/2003) |
| 12/16/2003 | 3 | CERTIFICATE OF SERVICE by Richard Orens re 1 Complaint,, Summons Issued *to Securities Class Action Clearinghouse, Stanford University School of Law* (dhm, COURT STAFF) (Filed on 12/16/2003) (Entered: 12/17/2003) |
| 12/19/2003 | 4 | CERTIFICATE OF SERVICE by Richard Orens re 1 Complaint, *PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON LEVI STRAUSS & CO.* (Green, Robert) (Filed on 12/19/2003) (Entered: 12/19/2003) |
| 01/23/2004 | 5 | STIPULATION *AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT* by William B. Chiasson, Levi Strauss & Co., Philip A. Marineau. (Schneider, Erin) (Filed on 1/23/2004) (Entered: 01/23/2004) |
| 01/29/2004 | 6 | STIPULATION AND ORDER Extending Defendants' Time to Respond to Complaint. Signed by Judge Ronald M. Whyte on 1/29/04. (jg, Court Staff) (Filed on 1/29/2004) (Entered: 01/29/2004) |
| 02/11/2004 | 7 | NOTICE by Richard Orens *OF PUBLICATION* (Jigarjian, Robert) (Filed on 2/11/2004) (Entered: 02/11/2004) |
| 02/23/2004 | 8 | MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES to Appoint Lead Plaintiff and to Approve Lead Counsel filed by Muzinich & Co.. Motion Hearing set for 4/2/2004 09:00 AM. (dhm, COURT STAFF) (Filed on 2/23/2004) Modified on 2/23/2004 (dhm, COURT STAFF). Additional attachment(s) added on 2/27/2004 (dhm, COURT STAFF). (Entered: 02/23/2004) |
| 02/23/2004 | 9 | Declaration of Jill M. Manning in Support of Motion 8 filed by Muzinich & Co.. (Related document(s)8) (dhm, COURT STAFF) (Filed on 2/23/2004) Additional attachment(s) added on 2/27/2004 (dhm, COURT STAFF). (Entered: 02/23/2004) |
| 02/23/2004 | 23 | Proposed Order re 8 by Muzinich & Co.. (dhm, COURT STAFF) (Filed on 2/23/2004) Additional attachment(s) added on 2/27/2004 (dhm, COURT STAFF). (Entered: 02/23/2004) |
| 02/23/2004 | 10 | CERTIFICATE OF SERVICE by Muzinich & Co. re 8 MOTION to Appoint Lead Plaintiff and Lead Counsel, 9 Declaration in Support, Proposed Order (dhm, COURT STAFF) (Filed on 2/23/2004) Additional attachment(s) added on 2/27/2004 (dhm, COURT STAFF). (Entered: 02/23/2004) |
| 02/23/2004 | 11 | MOTION to Appoint Lead Plaintiff and Lead Counsel *and Consolidate All Related Actions; Memorandum of Points and Authorities in Support* |

|  |  | *Thereof* filed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Motion Hearing set for 4/2/2004 09:00 AM. (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
|---|---|---|
| 02/23/2004 | 12 | Declaration of Robert S. Gans *in Support of Motion for Appointment as Lead Plaintiffs, Approval of Proposed Lead Plaintiffs' Choice of Counsel and Consolidation of All Related Actions* filed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 13 | Proposed Order *(1) Appointing Lead Plaintiffs; (2) Approving Their Choice of Counsel as Lead Counsel for the Class; and (3) Consolidating All Related Actions* by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 14 | NOTICE by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH *of Certification and Notice of Interested Parties* (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 15 | CERTIFICATE of Counsel *Robert S. Gans Pursuant to Local Rule 307 (d)* by Alan Schulman on behalf of General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 16 | CERTIFICATE of Counsel *Pursuant to Local Rule 3-7(d)* by Alan Schulman on behalf of General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 17 | CERTIFICATE of Counsel *Gerald H. Silk Pursuant to Local Rule 3-7(d)* by Alan Schulman on behalf of General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 18 | CERTIFICATE of Counsel *Eitan Misulovin Pursuant to Local Rule 3-7 (d)* by Alan Schulman on behalf of General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 19 | CERTIFICATE of Counsel *Deborah Sturman Pursuant to Local Rule 3-7(d)* by Alan Schulman on behalf of General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the |

| | | |
|---|---|---|
| | | City of Detroit and Metzler Investment GmbH (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 20 | NOTICE of Related Case (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/23/2004 | 21 | CERTIFICATE OF SERVICE by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH *for documents 11 through 20* (Schulman, Alan) (Filed on 2/23/2004) (Entered: 02/23/2004) |
| 02/25/2004 | 22 | Declaration of Ira M. Press in Support of Motion to Appoint Muzinich and Company as lead plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, and to approve lead plaintiff's choice of counsel; Memorandum of Points and Authorities (bw, COURT STAFF) (Filed on 2/25/2004) Additional attachment(s) added on 2/27/2004 (dhm, COURT STAFF). (Entered: 02/25/2004) |
| 03/03/2004 | 24 | ORDER RELATING CASE C04-712 and C03-5605 RMW. Signed by Judge Ronald M. Whyte on 3/3/2004. (dhm, COURT STAFF) (Filed on 3/3/2004) (Entered: 03/03/2004) |
| 03/12/2004 | 25 | STIPULATION *AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL FOR THE CLASS* by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH, Muzinich & Co.. (Schulman, Alan) (Filed on 3/12/2004) (Entered: 03/12/2004) |
| 03/12/2004 | 26 | Statement of Non-Opposition *by Defendants to Motions for Appointment of Lead Plaintiff* filed by William B. Chiasson, Levi Strauss & Co., Philip A. Marineau. (Schneider, Erin) (Filed on 3/12/2004) (Entered: 03/12/2004) |
| 03/12/2004 | 27 | NOTICE by Richard Orens re 22 Declaration in Support, &#65279;*NOTICE OF WITHDRAWAL OF MOTION TO APPOINT MUZINICH & CO. AS LEAD PLAINTIFF PURSUANT TO SECTION 21D(a)(3)(B) OF THE SECURITIES AND EXCHANGE ACT OF 1934, AND TO APPROVE LEAD PLAINTIFF'S CHOICE OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES* (Manning, Jill) (Filed on 3/12/2004) (Entered: 03/12/2004) |
| 03/26/2004 | 28 | NOTICE of need of ADR Phone Conference (ADR L.R. 3-5 d) *and ADR Certification on Behalf of Defendants Levi Strauss & Co., Philip A. Marineau and William B. Chiasson* (Schneider, Erin) (Filed on 3/26/2004) (Entered: 03/26/2004) |
| 03/29/2004 | 29 | ORDER by Judge Ronald M. Whyte re 11 Condolidating related cases and appointing General Retirement System of the City of Detroit et al. as lead plaintiffs (rmwlc1, ) (Filed on 3/29/2004) (Entered: 03/29/2004) |
| 04/02/2004 | 30 | STIPULATION *and [Proposed] Order to Continue Case Management Conference* by William B. Chiasson, Levi Strauss & Co., Philip A. |

| | | |
|---|---|---|
| | | Marineau. (Schneider, Erin) (Filed on 4/2/2004) (Entered: 04/02/2004) |
| 04/06/2004 | 31 | NOTICE of Related Case (Schneider, Erin) (Filed on 4/6/2004) (Entered: 04/06/2004) |
| 04/14/2004 | 32 | STIPULATION AND ORDER to Continue Case Management Conference. Case Management Conference set for 6/18/2004 10:30 AM. Signed by Judge Ronald M. Whyte on 4/14/04. (jg, Court Staff) (Filed on 4/14/2004) (Entered: 04/14/2004) |
| 04/19/2004 | 33 | Memorandum in Opposition *to Notice of Related Case* filed by Thomas Walsh, Robert Schmidt. (Ainley, Joseph) (Filed on 4/19/2004) (Entered: 04/19/2004) |
| 05/14/2004 | 34 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Levi Strauss & Co. waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 35 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Philip A. Marineau waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 36 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. William B. Chiasson waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 37 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Peter E. Haas Sr. waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 38 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Robert D. Haas waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 39 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Angela Glover Blackwell waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 40 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Robert E. |

| | | |
|---|---|---|
| | | Friedman waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 41 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. James C. Gaither waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 42 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Peter E. Haas Jr. waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 43 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Walter J. Haas waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 44 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. F. Warren Hellman waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 45 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Patricia Salas Pineda waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 46 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. T. Gary Rogers waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 47 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. G. Craig Sullivan waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 48 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Peter A. Georgescu waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/14/2004 | 49 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement |

| | | |
|---|---|---|
| | | System of the City of Detroit and Metzler Investment GmbH. Tully M. Friedman waiver sent on 5/5/2004, answer due 7/5/2004. (Schulman, Alan) (Filed on 5/14/2004) (Entered: 05/14/2004) |
| 05/25/2004 | 50 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Scotia Capital (USA) Inc waiver sent on 5/18/2004, answer due 7/19/2004. (Schulman, Alan) (Filed on 5/25/2004) (Entered: 05/25/2004) |
| 05/25/2004 | 51 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Salomon Smith Barney Inc. waiver sent on 5/18/2004, answer due 7/19/2004. (Schulman, Alan) (Filed on 5/25/2004) (Entered: 05/25/2004) |
| 05/25/2004 | 52 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Banc of America Securities LLC waiver sent on 5/18/2004, answer due 7/19/2004. (Schulman, Alan) (Filed on 5/25/2004) (Entered: 05/25/2004) |
| 05/25/2004 | 53 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Chase Securities, Inc. waiver sent on 5/18/2004, answer due 7/19/2004. (Schulman, Alan) (Filed on 5/25/2004) (Entered: 05/25/2004) |
| 05/25/2004 | 54 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Banc One Capital Markets, Inc. waiver sent on 5/18/2004, answer due 7/19/2004. (Schulman, Alan) (Filed on 5/25/2004) (Entered: 05/25/2004) |
| 05/26/2004 | 55 | ORDER RELATING CASE: Case C04-1026 is reassigned to Judge Ronald M. Whyte and Magistrate Judge Howard R. Lloyd in the San Jose Division. Judge William Alsup no longer assigned to case. Signed by Judge Ronald M. Whyte on 5/25/2004. (dhm, COURT STAFF) (Filed on 5/26/2004) (Entered: 05/26/2004) |
| 05/28/2004 | 56 | STIPULATION *SCHEDULING AND [PROPOSED] ORDER* by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Schulman, Alan) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 06/04/2004 | 57 | AMENDED COMPLAINT *FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS* against Gary W. Grellman, Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. Filed by General Retirement System of the |

| | | |
|---|---|---|
| | | City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Nicholas, Blair) (Filed on 6/4/2004) (Entered: 06/04/2004) |
| 06/10/2004 | 58 | STIPULATION *AND [PROPOSED] ORDER CONCERNING SCHEDULING AND CASE MANAGEMENT CONFERENCE* by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Nicholas, Blair) (Filed on 6/10/2004) (Entered: 06/10/2004) |
| 06/17/2004 | 59 | STIPULATION AND ORDER Concerning Scheduling and Case Management Conference. The Case Management Conference is Continued to October 15, 2004 @ 10:30 am. Signed by Judge Ronald M. Whyte on 6/17/04. (jg, Court Staff) (Filed on 6/17/2004) (Entered: 06/17/2004) |
| 06/23/2004 | 60 | WAIVER OF SERVICE Returned Executed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. Gary W. Grellman waiver sent on 6/22/2004, answer due 8/23/2004. (Schulman, Alan) (Filed on 6/23/2004) (Entered: 06/23/2004) |
| 06/25/2004 | 61 | STIPULATION *AND [PROPOSED] ORDER CONCERNING SCHEDULING* by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Schulman, Alan) (Filed on 6/25/2004) (Entered: 06/25/2004) |
| 07/13/2004 | 62 | STIPULATION AND ORDER Concerning Scheduling. Signed by Judge Ronald M. Whyte on 7/9/04. (jg, Court Staff) (Filed on 7/13/2004) Modified on 7/21/2004 (dhm, COURT STAFF). (Entered: 07/13/2004) |
| 07/21/2004 | 63 | STIPULATION *And [Proposed] Order Re Page Limitations For Briefing On Defendants' Motions To Dismiss Plaintiffs' Consolidated Amended Complaint* by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Schneider, Erin) (Filed on 7/21/2004) (Entered: 07/21/2004) |
| 07/26/2004 | 64 | MOTION to Dismiss *Consolidated Amended Complaint* filed by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. Motion Hearing set for 10/15/2004 09:00 AM. (Schneider, Erin) (Filed on 7/26/2004) (Entered: 07/26/2004) |
| 07/26/2004 | 65 | MOTION to Dismiss *Control Liability Claims Under Sections 15 and 20 (a)* filed by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, |

| | | |
|---|---|---|
| | | Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. Motion Hearing set for 10/15/2004 09:00 AM. (Schneider, Erin) (Filed on 7/26/2004) (Entered: 07/26/2004) |
| 07/26/2004 | 66 | Request for Judicial Notice re 64 *in Support of Defendants' Motion to Dismiss Consolidated Amended Complaint* filed by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Attachments: # 1 Exhibit 1, Part A# 2 Exhibit 1, Part B# 3 Exhibit 1, Part C# 4 Exhibit 1, Part D# 5 Exhibit 2# 6 Exhibit 3# 7 Exhibit 4)(Related document(s)64) (Schneider, Erin) (Filed on 7/26/2004) (Entered: 07/26/2004) |
| 07/26/2004 | 67 | Declaration of Erin E. Schneider in Support of 64 *Defendants' Motion to Dismiss Consolidated Amended Complaint* filed by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Related document(s)64) (Schneider, Erin) (Filed on 7/26/2004) (Entered: 07/26/2004) |
| 07/26/2004 | 68 | **\*\*\* FILED IN ERROR. PLEASE SEE DOCKET #70. \*\*\***<br>Proposed Order re 64, 65 *Granting Defendants' Motions to Dismiss Consolidated Amended Complaint* by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Schneider, Erin) (Filed on 7/26/2004) Modified on 7/26/2004 (br, COURT STAFF). (Entered: 07/26/2004) |
| 07/26/2004 | 69 | CERTIFICATE OF SERVICE by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan re 64 MOTION to Dismiss *Consolidated Amended Complaint*, 65 MOTION to Dismiss *Control Liability Claims Under Sections 15 and 20(a)*, 66 Request for Judicial Notice,,, 67 Declaration in Support,,, 68 Proposed Order, *Pursuant to L.R. 5-6 and 23-2* (Schneider, Erin) (Filed on 7/26/2004) (Entered: 07/26/2004) |
| 07/26/2004 | 70 | Proposed Order re 64, 65 *Granting Defendants' Motions to Dismiss Consolidated Amended Complaint- CORRECTION OF DOCKET 68* by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. |

| | | |
|---|---|---|
| | | Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Schneider, Erin) (Filed on 7/26/2004) (Entered: 07/26/2004) |
| 08/18/2004 | 71 | STIPULATION AND ORDER RE: PAGE LIMITATIONS FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT. Signed by Judge Ronald M. Whyte on 8/18/04. (jg, Court Staff) (Filed on 8/18/2004) (Entered: 08/18/2004) |
| 09/09/2004 | 72 | ***E-Filed in Error, Refer to Document # 73 ****************** Memorandum in Opposition *Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss Claims Brought Pursuant to Sections 11 and 12(a)(2) of the Securities Act of 1933* filed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Duff, Alicia) (Filed on 9/9/2004) Modified on 9/10/2004 (bf, COURT STAFF). (Entered: 09/09/2004) |
| 09/09/2004 | 73 | Memorandum in Opposition *Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss Claims Brought Pursuant to Sections 11 and 12(a)(2) of the Securities Act of 1933* filed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Duff, Alicia) (Filed on 9/9/2004) (Entered: 09/09/2004) |
| 09/09/2004 | 74 | Memorandum in Opposition *Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss Claims Brought Pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Section 15 of the Securities Act of 1933* filed by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Duff, Alicia) (Filed on 9/9/2004) (Entered: 09/09/2004) |
| 09/30/2004 | 75 | MOTION for Leave to Exceed Page Limitations *for Reply Memorandum in Support of Motions to Dismiss Plaintiffs' Consolidated Amended Complaint* filed by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Schneider, Erin) (Filed on 9/30/2004) (Entered: 09/30/2004) |
| 09/30/2004 | 76 | Proposed Order *Granting Defendants' Miscellaneous Administrative Request for Leave to Exceed Page Limitations for Reply Memorandum in Support of Motions to Dismiss Plaintiffs' Consolidated Amended Complaint* by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. |

| | | |
|---|---|---|
| | | (Schneider, Erin) (Filed on 9/30/2004) (Entered: 09/30/2004) |
| 10/01/2004 | 77 | Reply to Opposition *Defendants' Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Consolidated Amended Complaint* filed by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Schneider, Erin) (Filed on 10/1/2004) (Entered: 10/01/2004) |
| 10/01/2004 | 78 | Reply to Opposition *Individual Defendants' Reply Memorandum in Support of Motion to Dismiss Control Person Claims Under Sections 15 and 20(a)* filed by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Schneider, Erin) (Filed on 10/1/2004) (Entered: 10/01/2004) |
| 10/01/2004 | 79 | Request for Judicial Notice *[Supplemental] in Support of Defendants' Motion to Dismiss Consolidated Amended Complaint* filed by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan. (Attachments: # 1 Exhibit 5# 2 Exhibit 6, Part A# 3 Exhibit 6, Part B# 4 Exhibit 6, Part C# 5 Exhibit 6, Part D# 6 Exhibit 6, Part E)(Schneider, Erin) (Filed on 10/1/2004) (Entered: 10/01/2004) |
| 10/01/2004 | 80 | CERTIFICATE OF SERVICE by Angela Glover Blackwell, William B. Chiasson, Robert E. Friedman, Tully M. Friedman, James C. Gaither, Peter A. Georgescu, Gary W. Grellman, Peter E. Haas Jr., Peter E. Haas Sr., Robert D. Haas, Walter J. Haas, F. Warren Hellman, Levi Strauss & Co., Philip A. Marineau, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan re 77 Reply to Opposition,,, 78 Reply to Opposition,,, 79 Request for Judicial Notice,, *Pursuant to L.R. 5-6 and 23-2* (Schneider, Erin) (Filed on 10/1/2004) (Entered: 10/01/2004) |
| 10/06/2004 | 81 | ORDER by Judge Ronald M. Whyte granting 75 Motion to exceed page limitation for reply (jg, Court Staff) (Filed on 10/6/2004) (Entered: 10/06/2004) |
| 10/06/2004 | 82 | STIPULATION *Joint Statement Regarding Case Management Conference* by General Retirement System of the City of Detroit, the Policemen and Firemen Retirement System of the City of Detroit and Metzler Investment GmbH. (Duff, Alicia) (Filed on 10/6/2004) (Entered: 10/06/2004) |
| 10/22/2004 | 83 | Minute Entry: Motion Hearing held on 10/15/2004 before Ronald M. Whyte re 64 MOTION to Dismiss *Consolidated Amended Complaint* |

|  |  | filed by Levi Strauss & Co., Tully M. Friedman, James C. Gaither, Walter J. Haas, Philip A. Marineau, William B. Chiasson, Peter E. Haas, Robert D. Haas, Angela Glover Blackwell, Robert E. Friedman, Peter E. Haas, F. Warren Hellman, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan, Peter A. Georgescu, Gary W. Grellman, 65 MOTION to Dismiss *Control Liability Claims Under Sections 15 and 20(a)* filed by Tully M. Friedman, James C. Gaither, Walter J. Haas, Philip A. Marineau, William B. Chiasson, Peter E. Haas, Robert D. Haas, Angela Glover Blackwell, Robert E. Friedman, Peter E. Haas, F. Warren Hellman, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan, Peter A. Georgescu, Gary W. Grellman. (Court Reporter Lee-Anne Shortridge.) (jg, Court Staff) (Entered: 10/22/2004) |
|---|---|---|
| 11/09/2004 | 84 | TRANSCRIPT of Proceedings held on 10/15/2004 before Judge Ronald M. Whyte. Court Reporter: Lee-Anne Shortridge. (dhm, COURT STAFF) (Filed on 11/9/2004) (Entered: 11/09/2004) |
| 12/17/2004 | 85 | NOTICE by Peter E. Haas, Jr, Robert D. Haas, Angela Glover Blackwell, Robert E. Friedman, James C. Gaither, Peter E. Haas, Sr, Walter J. Haas, F. Warren Hellman, Patricia Salas Pineda, T. Gary Rogers, G. Craig Sullivan, Tully M. Friedman, Peter A. Georgescu, Gary W. Grellman, Levi Strauss & Co., Philip A. Marineau, William B. Chiasson *of Appearance of Austin V. Schwing as Counsel for Defendants* (Schwing, Austin) (Filed on 12/17/2004) (Entered: 12/17/2004) |
| 01/31/2005 | 86 | NOTICE of Change of Address by Richard Orens (dhm, COURT STAFF) (Filed on 1/31/2005) (Entered: 02/02/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2005 07:55:56 | | | |
| PACER Login: | mw0001 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:03-cv-05605-RMW |
| Billable Pages: | 11 | Cost: | 0.88 |